■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v QUENTIN HOLLINGSWORTH, Appellant. [664 NYS2d 525] —Judgment, Supreme Court, Bronx County (Joseph Cohen, J.), rendered on or about October 14, 1994, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Murphy, P. J., Wallach, Nardelli, Tom and Colabella, JJ.

■ VIDA NIKOLIC et al., Respondents, v OTIS ELEVATOR CO., INC., et al., Appellants. OTIS ELEVATOR COMPANY, Third-Party Plaintiff, v ROSE ASSOCIATES, Third-Party Defendant-Appellant. OTIS ELEVATOR COMPANY, Second Third-Party Plaintiff-Appellant, v NATIONAL CLEANING CONTRACTORS, INC., Second Third-Party Defendant-Respondent. ROSE ASSOCIATES, Third Third-Party Plaintiff-Appellant, v NATIONAL CLEANING CONTRACTORS, INC., Third Third-Party Defendant-Respondent. [664 NYS2d 529] —Order, Supreme Court, New York County (Paula Omansky, J.), entered on or about July 26, 1996, unanimously affirmed for the reasons stated by Omansky, J., without costs or disbursements. Motion seeking to file supplemental record and cross-motion to strike motion to file supplemental record denied. Concur—Rosenberger, J. P., Ellerin, Rubin, Williams and Andrias, JJ.